**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Lashante TAYLOR, Defendant–Appellant.**

**No. 10–10186**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 30, 2010.

Strider L. Dickson, United States Attorney's Office, Fort Lauderdale, FL, Anne Schultz, Assistant U.S. Attorney, Miami, FL, Jeffrey H. Sloman, U.S. Attorney's Office, Ft. Lauderdale, FL, for Plaintiff–Appellee.

Howard J. Schumacher, Fort Lauderdale, FL, for Defendant–Appellant.

Before PRYOR, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Howard J. Schumacher, appointed counsel for Lashante Taylor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Taylor's conviction and sentence are **AFFIRMED.**